|   |   |
|---|---|
| 1 | THE HONORABLE MARSHA J. PECHMAN |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| TALKING RAIN BEVERAGE COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>COTT CORPORATION and COTT BEVERAGES INC.,<br><br>Defendants. | No. 2:12-cv-01727<br><br>**STIPULATION AND ORDER REGARDING CASE DEADLINES** |
|---|---|

## STIPULATION

On October 5, 2012, plaintiff filed this action against Cott Beverages Inc. ("Cott Beverages") and Cott Corporation alleging claims for trademark and trade dress infringement involving a Cott Beverages product called "Clear Choice ice." The allegations of the Complaint were based on Plaintiff's information and belief concerning the appearance of the label for the Clear Choice ice product, which at the time was not yet being sold in retail outlets. Subsequent to the filing of the Complaint, plaintiff was informed by Cott Beverages that the label design for the product Cott has begun to sell, is not the same as the label design discussed in the Complaint. In light of this new information, plaintiff desires time to investigate the relevant facts and determine whether to dismiss the action or file an amended complaint. In addition, plaintiff has agreed to dismiss Cott Corporation from this action without prejudice.

STIPULATION AND [PROPOSED] ORDER
REGARDING CASE DEADLINES - 1
NO. 2:12-cv-01727-MJP

The parties therefore agree that good cause exists and the interests of justice will be served and this Court's resources will be preserved by staying this action for 60 days. The parties stipulate to entry of an order as follows:

1. This action is stayed in its entirety for 60 days from December 5, 2012, during which time Cott Beverages shall have no obligation to respond to the pending Complaint. If plaintiff has not dismissed the action or filed an Amended Complaint by the expiration of that period, Cott Beverages shall respond to the pending Complaint within 10 days thereafter. If plaintiff files an amended complaint within the 60-day period, Cott Beverages shall respond to the Amended Complaint within 14 days of its filing.

2. The deadlines imposed by the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement shall be extended as follows:

| | | |
|---|---|---|
| Deadline for FRCP 26(f) Conference | 12/3/12 | 2/11/13 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 12/10/12 | 2/19/13 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Rule CR 16 | 12/17/12 | 2/25/13 |

3. Cott Corporation is dismissed from this action without prejudice.

STIPULATION AND [PROPOSED] ORDER
REGARDING CASE DEADLINES  - 2
NO. 2:12-cv-01727-MJP

Respectfully submitted this 5th day of December, 2012.

| | |
|---|---|
| *s/Michael D. Hunsinger* | *s/ Stellman Keehnel* |
| Michael D. Hunsinger, WSBA No. 7662 | Stellman Keehnel, WSBA No. 9309 |
| THE HUNSINGER LAW FIRM | Katherine A. Heaton, WSBA No. 44075 |
| 100 South King Street, Suite 400 | DLA PIPER LLP (US) |
| Seattle, WA  98104 | 701 Fifth Avenue, Suite 7000 |
| Tel:  206-624-1177 | Seattle, WA  98104-7044 |
| Fax: 206-624-1178 | Tel:  206-839-4800 |
| Email: mike_hunsingerlawyers@yahoo.com | Fax: 206-839-4801 |
| | Email: stellman.keehnel@dlapiper.com |
| Dane H. Butswinkas | Email: katherine.heaton@dlapiper.com |
| Allison B. Jones | |
| Robert J. Shaughnessy | Attorneys for Cott Beverages, Inc. |
| WILLIAMS & CONNOLLY LLP | |
| 725 Twelfth Street NW | |
| Washington, D.C.  20005 | |
| Tel:  202-434-5000 | |
| Fax: 202-434-5029 | |
| Email: dbutswinkas@wc.com | |
| Email: ajones@wc.com | |
| Email: bshaughnessy@wc.com | |
| | |
| Attorneys for plaintiff | |
| Talking Rain Beverage Company, Inc. | |

STIPULATION AND [PROPOSED] ORDER
REGARDING CASE DEADLINES  - 3
NO. 2:12-cv-01727-MJP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**ORDER**

IT IS SO ORDERED.

Dated this 8th day of December, 2012.

Marsha J. Pechman
Chief United States District Judge

STIPULATION AND [PROPOSED] ORDER
REGARDING CASE DEADLINES - 4
NO. 2:12-cv-01727-MJP