HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TALKING RAIN BEVERAGE COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> COTT CORPORATION and COTT BEVERAGES INC., <br><br> Defendants. | NO. 2:12-CV-1727 MJP <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

PURSUANT to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff TALKING RAIN BEVERAGE COMPANY, INC. hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the remaining Defendant, COTT BEVERAGES INC.

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT T0 F.R.C.P. 41(a)(1)(A)(i)
CASE NO. 2:12-CV-1727-MJP –PAGE 1

**THE HUNSINGER LAW FIRM**
The Westland Building
100 South King Street, Suite 400
Seattle, WA 98104
(206) 624-1177
FAX (206) 624-1178

1  DATED this 4th day of February, 2013.

2  THE HUNSINGER LAW FIRM

3

4  By:   */s/ Michael D. Hunsinger*
          MICHAEL D. HUNSINGER
5         WSBA NO. 7662

6
   100 South King Street, Suite 400
7  Seattle, WA  98104
   Telephone:   206-624-1177
8  Fax:            206-624-1178
   E-mail:  mike_hunsingerlawyers@yahoo.com
9            mike@hunsingerlawyers.com

10
   WILLIAMS & CONNOLLY LLP
11 Dane H. Butswinkas, *pro hac vice*
   Robert J. Shaughnessy, *pro hac vice*
12 Allison B. Jones, *pro hac vice*
   725 12th Street NW
13 Washington, DC  20005
   Telephone:   202-434-5000
14 Fax:            202-434-5029

15
   *Attorneys for Talking Rain Beverage*
16 *Company, Inc.*

17

18

19

20

21

22

23

24

25

26

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT T0 F.R.C.P. 41(a)(1)(A)(i)
CASE NO. 2:12-CV-1727-MJP –PAGE 2

**THE HUNSINGER LAW FIRM**
The Westland Building
100 South King Street, Suite 400
Seattle, WA  98104
(206) 624-1177
FAX (206) 624-1178

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following counsel of record.

Dane H. Butswinkas
dbutswinkas@wc.com

Katherine A. Heaton
Katherine.heaton@dlapiper.com
Patsy.howson@dlapiper.com

Allison B. Jones
ajones@wc.com

Stellman Keehnel
Stellman.keehnel@dlapiper.com
Patsy.howson@dlapiper.com

Robert J. Shaughnessy
bshaughnessy@wc.com

Manual Notice List:

None.

Executed on February 4, 2013, at Seattle, Washington.

I declare under penalty of perjury under the laws of the State of Washington that the above is true and correct.

/s/ Michael D. Hunsinger
MICHAEL D. HUNSINGER
WSBA NO. 7662
The Hunsinger Law Firm
100 South King Street, Suite 400
Seattle, WA  98104
Telephone:    206-624-1177
NOTICE OF VOLUNTARY DISMISSAL
PURSUANT T0 F.R.C.P. 41(a)(1)(A)(i)
Case No. 2:12-cv-1727-MJP –PAGE 3

**THE HUNSINGER LAW FIRM**
The Westland Building
100 South King Street, Suite 400
Seattle, WA  98104
(206) 624-1177
FAX (206) 624-1178